UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:09-M-1337-1

| United States Of America | ) | |
| --- | --- | --- |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| Lathan A. Williams | ) | |
| True Name: Lathan N. Williams | | |

On August 12, 2009, defendant Lathan A. Williams appeared before the Honorable William A. Webb, U.S. Magistrate Judge, and, pursuant to a plea of guilty to 18 U.S.C. § 13, assimilating NCGS 20-138.1, Driving While Impaired Level 4, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing today, the court finds as a fact that Lathan A. Williams, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to obtain a substance abuse assessment or complete any prescribed treatment program.
2. Failure to perform 48 hours of community service within the first 60 days of probation.
3. Operating a motor vehicle on the highways of the State of North Carolina.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 21 days.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the defendant be allowed to voluntarily report to the designated institution upon notification of the U.S. Marshal.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 19th day of July, 2010.

James E. Gates
U.S. Magistrate Judge